435 A.2d 1319

Commonwealth v. O'Brien, Appellant.

Submitted January 5, 1981.  Bruce S. Miller, Assistant Public Defender, for appellant;  Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.